# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144149

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DERRICK L. BURCH,
          Plaintiff-Appellant,

v

E.A.S., LG MANPOWER and ACCIDENT
FUND INSURANCE COMPANY OF
AMERICA,
          Defendants-Appellees.

SC: 144149
COA: 303775
WCAC: 10-000054

_____/

      On order of the Court, the application for leave to appeal the October 13, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

t0319